PROB 12C
(7/93)

C-21-1278M

# UNITED STATES DISTRICT COURT

for

**Western District of Texas**

United States Courts
Southern District of Texas
FILED

OCT 1 3 2021

Nathan Ochsner, Clerk of Court

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Rodolfo Valeriano Carrillo, Jr.                    Case Number:  7:18CR00259-001

Name of Sentencing Judicial Officer:  Honorable David Counts, U.S. District Judge

Date of Original Sentence:  January 31, 2019

Original Offense:  Escape From Custody, in violation of 18 U.S.C. § 751(a)

Original Sentence:  14 months imprisonment followed by 3 years supervised release

Type of Supervision:  Supervised Release         Date Supervision Commenced:  January 10, 2020

Assistant U.S. Attorney:  James Glenn Harwood          Defense Attorney:  Allen R. Stroder

### PREVIOUS COURT ACTION

No previous Court action.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall report to the probation officer in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame." |
| | On January 10, 2020, Rodolfo Valeriano Carrillo, Jr., was released from imprisonment from the Bureau of Prisons (BOP). United States Probation Officer checked the BOP website inmate locater and confirmed he was released on January 10, 2020. However, Carrillo failed to report to the United States Probation Office in Midland, Texas, within 72 hours of release from imprisonment. Carrillo's whereabouts since his release are unknown. |

A true copy of the original, I certify
Clerk, U.S. District Court

By _____
Deputy

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.  (Maximum penalty: __24__ months imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

Approved by: _Steven M. Moreno_
Steven M. Moreno
Supervising U.S. Probation Officer
Telephone: (432) 685-0312

Respectfully submitted by: _Lorena S. Toscano_
Lorena S. Toscano
U.S. Probation Officer
Telephone: (432) 685-0307
Date:   January 28, 2020

lst

cc: Brandi Young, AUSA
    Javier Ceniceros, ADCUSPO

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_Honorable David Counts_
Honorable David Counts
U.S. District Judge

February 19, 2020
Date